

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00057-CV

| | | |
|---|---|---|
| In the Interest of N.W. and N.W.C., Children | § | From the 431st District Court |
| | § | of Denton County (2003-60522-393) |
| | § | September 19, 2013 |
| | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's order. We dissolve the permanent injunction and modify the trial court's final order to omit any reference to the permanent injunction. It is ordered that the order of the trial court is affirmed as modified.

It is further ordered that each party shall bear his or her own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Anne Gardner